Maryanne Diggs
Name
1295 Grand Summit Drive
Apt L381 Reno, NV 89523
775 316 5954
Prison Number



FILED ___ ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 08 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Maryanne Diggs,
          Plaintiff,

vs.

Bloch, Inc and, Leo's
Dance wear and,
John Evans,

                              ,

                              ,
          Defendant(s).

CASE NO. 3:15-cv-00510
         (T

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

### A. JURISDICTION

1)  This complaint alleges that the civil rights of Plaintiff, **Maryanne Diggs**,
    (Print Plaintiff's name)

    who presently resides at **1295 Grand Summit Drive Apt L381**, were

    violated by the actions of the below named individuals which were directed against

    Plaintiff at **Bloch, Inc and Leos Dancewear John Evans** on the following dates
    (institution/city where violation occurred)

    **Harrassment**, **Age/race discrimination**, and **Malicious Conduct**
    (Count I)         (Count II)                    (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>Bluch Inc & Leos Dancewear</u> resides at <u>1170 Trademark DR, Suite 112</u>,
              (full name of first defendant)           (address if first defendant)
and is employed as <u>Company</u>. This defendant is sued in his/her
              (defendant's position and title, if any)
  ✓ individual   ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

3) Defendant <u>John Evans</u> resides at <u>1170 Trademark DR Suite 112</u>
              (full name of first defendant)           (address if first defendant)
and is employed as <u>Supervisor</u>. This defendant is sued in his/her
              (defendant's position and title, if any)
  ✓ individual   ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

4) Defendant _____ resides at _____,
              (full name of first defendant)           (address if first defendant)
and is employed as _____. This defendant is sued in his/her
              (defendant's position and title, if any)
  ___ individual   ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5) Defendant _____ resides at _____,
              (full name of first defendant)           (address if first defendant)
and is employed as _____. This defendant is sued in his/her
              (defendant's position and title, if any)
  ___ individual   ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

6) Defendant _____ resides at _____,
          (full name of first defendant)          (address if first defendant)
and is employed as _____. This defendant is sued in his/her
         (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

----------

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

Was hired through temp agency and hired on as permanate employee demoted and refused Healthi. Benefits In addition, retaliatea against due to age, race, and disability.

----------

**C. CAUSE OF ACTION**

3

**COUNT I**

The following civil rights has been violated: __Harrassment__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Mr. Evans continued to make a hostile, verbally abusive and intimidating work environment for me. This pervasive and persistent conduct interfered with my work performance.

**COUNT II**

The following civil rights has been violated: __Age discrimination and racial discrimination__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Mr. Evans prejudicial attitude twards my age caused injury and harm. The treatment I received from Mr. Evans affected the terms and conditions of my work environment. He made intentional and unwanted treatment less favorable than other co-workers

5

## COUNT III

The following civil rights has been violated: __Malicious Conduct__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Mr Evans use of derogatory and intentional racial slurs were unwelcome. Mr. Evans conduct and hostile behavior against me was extremly intimidating, hostile, offensive and created a very hostile environment. I was isolated and retaliated against due to mr. Evan's abusing his Supervisors power.

------

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes  ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
d) Issues raised: _____
_____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes  ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____.
b) Name of court and case number: _____.

7

c) The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other  EEOC  .
If your answer is "Yes", provide the following information. Grievance Number 24B 2014-00561
Date and institution where grievance was filed  5-21-14

Response to grievance:  "Right to Sue letter
_____
_____

- - - - - - - - - - - - - - - - - - - -
### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

_Compensation of Health Benefits_
_Pain and sufferings and, loss_
_wages_

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____    _____
(Name of Person who prepared or helped    (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

_10-8-15_
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9