# BLOCH®

## LEAVE REQUEST FORM

| EMPLOYEE NAME: Maryanne Diggs | | | |
|---|---|---|---|
| VACATION | HOLIDAY | OTHER | |
| DATES REQUESTED 9-11am | From: 3-25-14 (first day on leave) | To: 3-25-14 (last day on leave) | |
| # OF DAYS: Maybe back earlier than 11am. | BALANCE OF ACCRUED PAID TIME DAYS TO CURRENT: 0 | | |
| CONTACT DETAILS DURING ABOVE DATES: | | | |
| EMPLOYEE SIGNATURE [signed] | | DATE 3-24-14 | |
| APPROVAL | | | |
| Name [signed] 3/24 | | Signature | |
| Name | | Signature | |

BLOCH INC.
1170 TRADEMARK DRIVE SUITE 112 RENO NV 89521 TELEPHONE: 775 824-2550 FASCIMILE: 775 824-2551

# EXHIBIT 6

## PATIENT HISTORY INFORMATION

Date: 4-16-14

Referred By: WC
PCP: Barton, MD
PCP Phone: ___

Name: Mary Anne Diggs  Age: 50  SS#: ___

Handedness: (Right)  Left  Ambidextrous

Gell Beckett

Chief Complaint: R shldr pain
Date of Injury: 3/19/14  3-26-14
History: Pt - x-ras Hipping on the computer, has a high desk (Calcific tendonitis), so she has to lift her arms while typing, and Tim was ___ STM came down on her shed! ER STM
Numbness  Tingling  Weakness (heavy box)

PAST MEDICAL HISTORY:
Medical Problems: TVB

Do you now or have you ever been diagnosed with Sleep Apnea? thinks she has it never tested 3/19 + 4/6
Do you now or have you ever been diagnosed with MRSA? Ø

has been wearing the sling since issued on 3/19

Surgeries: Ø

Injuries: Ø

Medications: unknown - muscle relaxer, Percocet, Naproxen, Norvasc, hydrochloroside, metropolisis
Allergies: Ceftin + Sulfa based meds = hives

FAMILY HISTORY
Mother: 68 - heart disease - diabties
Father: unknown
Brothers: (1) - healthy
Sisters: (4) - healthy
Children: (2) - healthy

History of high blood pressure, heart, liver, lung, kidney disease, diabetes, problems with anesthetics, or psychiatric problems

SOCIAL HISTORY:
City: Reno  Marital Status: Single
Living Situation: A  Tobacco: Ø  ETOH: rarely

IVDA#: ___

WORK HISTORY:
Employer: Bloch Incorp  How Long? Jan 2014

Any previous work injuries? Ø

REVIEW OF SYSTEMS
History of fevers, chills, shakes, nausea, vomiting, diarrhea, SOB, chest pain, problems with bowel or bladder, weight gain or loss, cold or hot intolerance, rashes, joint pain, joint swelling, vision changes or skin changes.

PHYSICAL EXAMINATION: Height 5'3  Weight 230  BP ___
Pulse ___  Temp ___  Resp ___

# EXHIBIT 7

**Bloch, Inc**
1170 Trademark Dr. Suite 112
Reno, NV 89521
(775) 824-2550

**HSBC**
50-682-213

03/25/14

PAY TO THE ORDER OF  MARYANNE DIGGS

$ *******$361.68

THREE HUNDRED SIXTY ONE AND 68/100 DOLLARS

DOLLARS

MARYANNE DIGGS
1175 GLENDA AV
RENO, NV 89509

Bloch, Inc

AUTHORIZED SIGNATURE

MEMO

⑂002427⑂ ⑃021306822⑃ 797047328⑂

| | | | | 2427 | 03/25/14 | 2427 |
|---|---|---|---|---|---|---|

Bloch, Inc

Vendor: MA0006 MARYANNE DIGGS

| Cntl # | Date | Reference | | Gross | Discount | Net Amount |
|---|---|---|---|---|---|---|
| 0042106 | 03/25/14 | TERM 032514 | | 361.68 | .00 | 361.68 |

Check Amount: 361.68

2427

Bloch, Inc

2427  03/25/14

Vendor: MA0006 MARYANNE DIGGS

| Cntl # | Date | Reference | | Gross | Discount | Net Amount |
|---|---|---|---|---|---|---|
| 0042106 | 03/25/14 | TERM 032514 | | 361.68 | .00 | 361.68 |

Check Amount: 361.68

PRINTED IN U.S.A.

PRODUCT SSLT125   USE WITH 91534 ENVELOPE

EXHIBIT 8

## Additional Description Report

| EMPLOYEE | INJURY DATE | SSN | REFERENCE # |
|---|---|---|---|
| Diggs, Maryanne | 03/26/2014 | | MV3211151 |

**LOSS DESCRIPTION**

EE was picking up a box from the floor and states she hurt her shoulder. EE was set to be terminated, but was then given another position within the warehouse just prior to this incident. EE refused medical attention and states she felt threatened because company reps offered to take her to the clinic, EE's husband showed up at the work site very angry and took EE to the hospital himself.

**ACTIVITY DESCRIPTION**

**COMMENTS**

Page 1 of 1

EXHIBIT 9

Print                                                                                                    Close

# Re: Maryanne Diggs

From: **Andrew.Jeross@bloch.net**
Sent: Sat 3/29/14 9:00 AM
To:   Maryanne Diggs (diggsm@outlook.com)

I don't recall you asking for this information. I'm sorry.
Your injury was reported to the workers comp insurance company the day it happened. They will be contacting you. On Monday I can send you their information.

Sent from Lotus Traveler

Maryanne Diggs --- Maryanne Diggs ---

| | |
|---|---|
| From: | "Maryanne Diggs" <diggsm@outlook.com> |
| To | andrew.jeross@bloch.net |
| Date: | Sat, Mar 29, 2014 4:44 AM |
| Subject | Maryanne Diggs |

I will not be in to work, due to my injury, and I am pending the workman's comp information

you stated you would send me to my e-mail this is my third request for this information the first

to were verbal, and I have not been given this information, so now I am requesting it in writing please reply.

EXHIBIT 10

Print                                                                                                    Close

# *Confidential: Friday April 4, 2014

From: **Tamra.Lemire@BLOCH.net**
Sent: Thu 4/03/14 4:53 PM
To: diggsm@outlook.com
Cc: Andrew.Jeross@bloch.net; Gordon.Stecker@BLOCH.net; John.Evans@bloch.net

Maryanne,

Per our conversion on Thursday April 3rd at 4:28 pm, you are only able to have light light duty per your doctors note. We have nothing that meets your requirements for Friday the 4th. Please call me at 8:00 am Monday April 7th to see if the situation has changed.

Sincerely,

**Tamra Lemire**
Customer Service Manager
Bloch Inc.
1170 TRADEMARK DR., STE. 112, RENO, NV 89521 |775-824-2590

EXHIBIT 11

Print                                                                                                Close

# *Confidential: Maryanne Monday 8th

From: Tamra.Lemire@BLOCH.net
Sent: Fri 4/04/14 4:26 PM
To: diggsm@outlook.com
Cc: Andrew.Jeross@bloch.net; Gordon.Stecker@BLOCH.net; John.Evans@bloch.net

Maryanne,

Per our conversion on Thursday April 3rd at 4:28 pm, you are only able to have light light duty per your doctors note. We have nothing that meets your requirements for Monday April 7th. Please call me at 8:00 am Tuesday April 8th to see if the situation has changed.

Sincerely,


**Tamra Lemire**
Customer Service Manager
Bloch Inc.
1170 TRADEMARK DR., STE. 112, RENO, NV 89521 |775-824-2550

EXHIBIT 12

Print                                                                                             Close

# *Confidential: Maryanne Tuesday 9th

From: Tamra.Lemire@BLOCH.net
Sent: Tue 4/08/14 8:34 AM
To:    diggsm@outlook.com

Maryanne,

Per our conversion on Thursday April 3rd at 4:28 pm, you are only able to have light light duty per your doctors note. We have nothing that meets your requirements for Tuesday April 8th. Please call me at 8:00 am Wednesday April 9th to see if the situation has changed.

Sincerely,


**Tamra Lemire**
Customer Service Manager
Bloch Inc.
1170 TRADEMARK DR., STE. 112, RENO, NV 89521 |775-824-2550

EXHIBIT 13

Print  Close

## *Confidential:

From: **Tamra.Lemire@BLOCH.net**
Sent: Tue 4/08/14 4:06 PM
To: diggsm@outlook.com
Cc: Andrew.Jeross@bloch.net; Gordon.Stecker@BLOCH.net; John.Evans@bloch.net

Maryanne,

Per our conversion on Thursday April 3rd at 4:28 pm, you are only able to have light light duty per your doctors note. We have nothing that meets your requirements for Wednesday April 9th. Please call Andrew Jeross at 8:00 am on Thursday April 10th to see if the situation has changed.

Sincerely,


**Tamra Lemire**

**Tamra Lemire**
Customer Service Manager
Bloch Inc.
1170 TRADEMARK DR., STE. 112, RENO, NV 89521 |775-824-2590